# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRODOX, LLC,<br><br>    Petitioner(s),<br><br>v.<br><br>PROFESSIONAL DOCUMENT SERVICES, INC.,<br><br>    Respondent(s). | Case No. 2:20-cv-02035-JAD-NJK<br><br>**ORDER** |

The requirement in the local rules to submit courtesy copies of voluminous filings has been suspended as a general matter, but judges may still direct parties to submit courtesy copies in particular cases. Second Amended Temporary Gen. Order 2020-04 at ¶ 5. Plaintiff's motion for sanctions (and attachments thereto) stretches to 186 pages, *see* Docket No. 76 (corrected image), and Defendant's response (and attachments thereto) consists of 107 pages, Docket No. 77. The Court hereby **ORDERS** the parties to submit courtesy copies of their respective filings identified above by noon on March 23, 2022. These courtesy copies must be submitted to the undersigned's box in the Clerk's Office.

IT IS SO ORDERED.

Dated: March 21, 2022

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge