F. Christopher Austin, Esq. (SBN 6559)
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
Fax: 702-382-4805

Lance C. Venable, Esq. (SBN 017074) (*admitted pro hac vice*)
*lance@venableiplaw.com*
**Law Office of Lance C. Venable, PLLC**
4939 West Ray Rd., Suite 4-219
Chandler, AZ 85226
Tel: 602-730-1422

*Attorneys for Plaintiff, ProDox, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ProDox, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>Professional Document Services, Inc. d/b/a ProDoc-Kytel, a California Corporation<br><br>    Defendant. | Case No.:  2:20-CV-02035-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO CALCULATE EXPENSES (ECF 96)**<br><br>**(First Request)** |

Plaintiff ProDox, LLC ("Plaintiff") and Defendant Professional Document Services, Inc., dba ProDoc-Kytel ("Defendant"), by and through their respective counsel, hereby jointly stipulate pursuant to LR IA 6-1 to extend the deadline for Plaintiff to file a reply in support of its Motion to Calculate Expenses (ECF 96/110) from August 3, 2022, to August 16, 2022.  This is the first request to extend this deadline.

The undersigned counsel was tasked by Plaintiff to prepare the reply that is the subject of this stipulation.  Plaintiff is seeking this deadline because commencing on August 1, 2022, and continuing through August 10, 2022, the undersigned counsel has been and will be required to attend to an emergency injunction motion filed against another client in a case pending in the

fca-w-1449                                                               1

Western District for the Federal District of Washington, where the undersigned counsel is the only attorney substantively representing that client in a complex copyright infringement action. This WAWD emergency practice has precluded counsel from preparing the reply that is the subject of this stipulation and will prevent counsel from doing so until after August 10th. Absent the stipulated extension, therefore, Plaintiff will be prejudiced by not having the ability to have counsel represent Plaintiff in the preparation of the subject reply.

Defendant has agreed to this extension without waiver of its argument, as set forth in its Response, that Plaintiff's Motion to Calculate Expenses was untimely.

DATED: August 3, 2022.

| BLAKELY LAW GROUP | WEIDE & MILLER, LTD. |
|---|---|
| */s/ Brent H. Blakely* <br> Brent H. Blakely <br> bblakely@blakelylawgroup.com <br> 1334 Parkview Avenue, Suite 280 <br> Manhattan Beach, CA 90266 <br> Tel: (310) 546-7400 <br> Fax: (310) 546-7401 | */s/ F. Christopher Austin* <br> F. Christopher Austin (SBN 6559) <br> caustin@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> Tel: (702) 382-4804 <br> Fax: (702) 382-4805 |
| **HONE LAW** | **LAW OFFICE OF LANCE C. VENABLE, PLLC** |
| Eric D. Hone (SBN 8499) <br> eric@h1lawgroup.com <br> Joel Z. Schwarz (SBN 9181) <br> jschwarz@hone.law <br> 701 Green Valley Parkway, Suite 200 <br> Henderson, NV 89074 <br> Tel: (702) 608-3720 | Lance C. Venable *(pro hac vice)* <br> lance@venableiplaw.com <br> 4939 West Ray Rd. <br> Suite 4-219 <br> Chandler, AZ 85226 <br> Tel: (602) 730-1422 |
| *Attorneys for Defendant Professional Document Services, Inc.* | *Attorneys for Plaintiff ProDox, LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2022

Weide & Miller, Ltd.
10655 Park Run Drive
Suite 100
Las Vegas,
Nevada 89144
(702) 382-4804

fca-w-1449

2