# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRODOX, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL DOCUMENT SERVICES INC.,<br><br>    Defendant. | Case No.: 2:20-cv-02035-JAD-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the Settlement Conference currently set for January 19, 2023, is **CONTINUED** to **February 1, 2023, at 10:00 a.m**. The parties' settlement statements shall be submitted to the undersigned's box in the Clerk's Office no later than 3:00 p.m. on January 25, 2023.  All other aspects of the Court's order at Docket No. 123 continue to govern.

IT IS SO ORDERED.

Dated: December 28, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE