F. Christopher Austin, Esq. (NV6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

Lance C. Venable, Esq. (SBN 017074) (*admitted pro hac vice*)
*lance@venableiplaw.com*
**Law Office of Lance C. Venable, PLLC**
4939 West Ray Rd., Suite 4-219
Chandler, AZ 85226
Tel: 602-730-1422
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ProDox, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Professional Document Services, Inc. d/b/a ProDoc-Kytel, a California Corporation<br><br>Defendant. | Case No.: 2:20-CV-02035-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRODOX TO FILE REPLY TO DEFENDANT'S OPPOSITION (ECF 181) TO PRODOX'S MOTION FOR ATTORNEY'S FEES AND COSTS (ECF 177)** |

Plaintiff, ProDox, LLC ("ProDox") and Defendant, Professional Document Services, Inc. d/b/a ProDoc-Kytel ("PDS") by and through their respective counsel hereby stipulate and agree to an order extending the deadline for the ProDox to file its Reply to PDS's Opposition (ECF 181) to ProDox's Motion for Attorney's Fees and Costs (ECF 177) from April 23, 2024, to May 13, 2024. This is the first request to extend this briefing.

ProDox's counsel requested this extension because primary counsel, Lance Venable, is presently traveling overseas in connection with a long-preplanned family vacation and will not return to his office until the end of the month, April 29, 2024, and thereafter will have other immediate pending obligations that were extended in anticipation of his absence. This conflict could not have been anticipated at the time this trip was scheduled, as it was scheduled long prior

fca-1742

1

to the entry of Judgment in this matter which triggered the relevant briefing deadlines. Absent the requested stipulation, ProDox would be unduly prejudiced, as ProDox primary retained counsel will not be able to prepare a timely reply or meaningfully consult with ProDox regarding the reply. PDS has agreed to the requested extension.

The parties respectfully submit that good cause exists to extend these deadlines for the reasons set forth herein and represent that this extension is not sought for any purpose of delay or harm.

NOW THEREFORE, **the Parties hereby stipulate to the entry of an order extending the deadlines for ProDox to file its reply to PDS's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs (ECF 181) from <u>April 23, 2024</u>, to <u>May 10, 2024</u>.**

DATED: April 23, 2024

| | |
|---|---|
| /s/ Brent H. Blakely<br>Brent H. Blakely (admitted *pro hac vice*)<br>bblakely@blakelylawgroup.com<br>**BLAKELY LAW GROUP**<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, CA 90266<br>(310) 546-7400<br><br>Eric D. Hone<br>ehone@hone.law<br>Joel Z. Schwarz<br>Jschwarz@hone.law<br>**HONE LAW**<br>701 Green Valley Parkway, Sute 200<br>Henderson, NV 89074<br>(702) 608-3720<br><br>*Attorneys for Defendant Professional Document Services, Inc., dba PDS-Kytel* | /s/ F. Christopher Austin<br>F. Christopher Austin, Esq. (NV6559)<br>caustin@weidemiller.com<br>**WEIDE & MILLER, LTD.**<br>sweide@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>(702) 382-4804<br><br>Lance C. Venable, Esq. (SBN 017074) (admitted *pro hac vice*)<br>lance@venableiplaw.com<br>**Law Office of Lance C. Venable, PLLC**<br>4939 West Ray Rd., Suite 4-219<br>Chandler, AZ 85226<br>(602) 730-1422<br><br>*Attorneys for Plaintiff ProDox, LLC* |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 26, 2024, *nunc pro tunc* to April 23, 2024